No. 509. DRISCOLL ET AL. *v.* EDISON LIGHT & POWER Co. May 15, 1939. *Ante,* p. 104.

No. 731. MINNESOTA MINING & MFG. CO. *v.* COE,. COMMISSIONER OF PATENTS. May 15, 1939. 306 U. S. 662.

No. 813. JOHNSON ET AL. *v.* TOWN OF DEERFIELD ET AL. May 15, 1939. 306 U. S. 621.

No. 441. ELECTRIC STORAGE BATTERY CO. *v.* SHIMADZU ET AL. See *ante,* p. 613.

No. 498. BONET, TREASURER OF PUERTO RICO, *v.* YABU-COA SUGAR Co. See *ante,* p. 613.

No. 722. OLSSON *v.* UNITED STATES. May 22, 1939.

No. 625. TRUSTEES OF LUMBER INVESTMENT ASSN. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. May 29, 1939. 306 U. S. 647.

No. 591. BETHLEHEM STEEL CO. *v.* ANGLO-CONTI-NENTALE TREUHAND, A. G., ET AL. June 5, 1939. *Ante,* p. 265.

No. 743. RANDOLPH LUMBER CO. *v.* HELVERING, COM-MISSIONER OF INTERNAL REVENUE. June 5, 1939. 306 U. S. 663.

No. 676. RORICK *v.* DEVON SYNDICATE, LTD. June 5, 1939. *Ante,* p. 299.

No. 852. SWAIN *v.* INDIANA. May 15, 1939. Motion for leave to file an amended petition for writ of certiorari, and petition for rehearing, denied. 306 U. S. 660.